IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD C. GEARINGER, SR. : CIVIL ACTION
 :
VS. : NO.  02-4411
 :

DAIMLERCHRYSLER CORP., ET AL

## ORDER

 AND NOW, this 10th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

 **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Bruce W. Kauffman to the Honorable Ronald L. Buckwalter.


 FOR THE COURT:


 JAMES T. GILES
 Chief Judge

 ATTEST:


_____   _____
 MICHAEL E. KUNZ
 Clerk of Court